UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALLIJACH ANTONIO,

                              Plaintiff,

               -against-                                    19-CV-11084 (LLS)

NEIGHBORHOOD RESTORE HOUSING                               CIVIL JUDGMENT
DEVELOPMENT FUND CORPORATION, et
al.,

                              Defendants.

        Pursuant to the order issued April 8, 2020, dismissing this action,

        IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed under 28

U.S.C. § 1915(e)(2)(B)(i), (ii).

        This civil judgment is to be mailed in chambers.

SO ORDERED.

 Dated:   April 8, 2020
          New York, New York

                                                _____
                                                     Louis L. Stanton
                                                         U.S.D.J.